```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 09850
    TERRY L ORR
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-2511
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/14/06 and confirmed on 12/06/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 42843.33 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIFTH THIRD BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIFTH THIRD BANK | MORTGAGE ARRE | 26220.71 | .00 | 26220.71 |
| SECURITY NATIONAL COMMER | SECURED | .00 | .00 | .00 |
| SECURITY NATIONAL COMMER | MORTGAGE ARRE | 6624.32 | .00 | 6624.32 |
| DISCOVER BANK | UNSECURED | 5083.21 | .00 | 5083.21 |
| CARLEEN L CIGNETTO | REIMBURSEMENT | 4.80 | .00 | 4.80 |
| JOHN ELLSWORTH ESQ | ORIGINAL ATTO | .00 | .00 | .00 |

    Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 32845.03 | 4.80 | 5083.21 | .00 | 37933.04 |
| PRINCIPAL PAID | 32845.03 | 4.80 | 5083.21 | .00 | 37933.04 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 32845.03 | 4.80 | 5083.21 | .00 | 37933.04 |

The Debtor's attorney, CARLEEN L CIGNETTO            , was allowed $   1200.00 and was paid $   1200.00 .

The Trustee received $   1915.63 .

Refunds to the Debtor totaled $   1794.66 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
    Dated: 11/12/08                          /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 06 B 09850 TERRY L ORR
```